UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                            :

ANDREW NITKEWICZ, AS TRUSTEE OF THE JOAN  :
C. LUPE FAMILY TRUST, *on behalf of himself and all*  :
*others similarly situated*,                                   :
                                            :

                          Plaintiffs,       :

        -v-                                       :

LINCOLN LIFE & ANNUITY COMPANY       :
OF NEW YORK,                               :

                          Defendant.       :
                                            :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/3/2020__

20-CV-6805 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

       It is hereby ORDERED that the Initial Pretrial Conference scheduled for December 17, 2020

is ADJOURNED to December 18, 2020 at 10:30 a.m.  At the scheduled time, counsel for all parties

should call (866) 434-5269, access code  9176261.  It is further ORDERED that the Court will hear

argument on the Motion to Dismiss during that conference.

       SO ORDERED.

Dated: December 3, 2020
        New York, New York                        _____
                                        JOHN P. CRONAN
                                    United States District Judge